| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>   UNITED STATES OF AMERICA,<br><br>                -v-<br><br>   RONALD BALDWIN,<br><br>              Defendant.<br>------------------------------------------------------------ X | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/28/2023<br><br>1:92-cr-1124-GHW-5<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on March 1, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                                         _____
                                                          GREGORY H. WOODS
                                                      United States District Judge